IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DiMARE HOMESTEAD, INC.,           :      CIVIL ACTION
et al.                            :
                                  :
           v.                     :
                                  :
KLAYMAN PRODUCE CO., INC.,        :
et al.                            :      NO. 12-2577

ORDER

AND NOW, this 31st day of October, 2012, upon consideration of the plaintiffs' motion for default judgment (Docket No. 10), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of today's date, that:

1. Judgment is entered in favor of plaintiff DiMare Homestead, Inc. and against defendant Klayman Produce Co., Inc. for $88,156.05 in the unpaid purchase price for agricultural commodities and related shipping charges.

2. Judgment is entered in favor of plaintiff DiMare Ruskin, Inc. and against defendant Klayman Produce Co., Inc. for $23,830.50 in the unpaid purchase price for agricultural commodities and related shipping charges.

3. The portion of the plaintiffs' motion seeking default judgment against defendant Mark E. Klayman is DENIED without prejudice.

4. The plaintiffs' request for interest and attorneys' fees is DENIED without prejudice.

The Clerk is, therefore, directed to enter judgment in favor of DiMare Homestead, Inc. and against Klayman Produce Co, Inc. in the amount of $88,156.05, and to enter judgment in favor of DiMare Ruskin, Inc. and against Klayman Produce Co, Inc. in the amount of $23,830.50.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.